FILED by _____ KS _____ D.C.

Dec 16, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **21-20608-CR-GRAHAM/MCALILEY**
_____

18 U.S.C. § 371
16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3372(a)(4)
16 U.S.C. § 3373(d)(1)(A)
16 U.S.C. § 3372(d)
16 U.S.C. § 3373(d)(3)(A)(i)
18 U.S.C. § 2
16 U.S.C. § 3374

**UNITED STATES OF AMERICA**

**vs.**

**ZEYU YAN,**

**Defendant.**
_____/

## INDICTMENT

### GENERAL ALLEGATIONS

At all times relevant herein:

1.     The Lacey Act, Title 16, United States Code, Section 3372(a)(1), et seq., in relevant part, makes it unlawful for a person to knowingly import, export, transport, sell, receive, acquire, or purchase any fish or wildlife or plant taken, possessed, transported, or sold in violation of any law, treaty, or regulation of the United States. 16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(A).

2.     The Lacey Act, Title 16, United States Code, Section 3372(d) makes it unlawful for a person to knowingly make or submit any false record, account, or label for, or any false identification of, any fish or wildlife that has been or is intended to be imported, transported, purchased, or received from any foreign country, or transported in interstate or foreign commerce. 16 U.S.C. §§ 3372(d), 3373(d)(3)(A)(i).

3.      Federal regulations require that a United States Fish and Wildlife Service Officer clear all wildlife to be exported from the United States prior to the physical loading of the merchandise on an aircraft or the palletizing of such merchandise for export.   50 C.F.R. § 14.52(a).

4.      In order to export any fish or wildlife from the United States, federal regulations require that a completed Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177) signed by the exporter, or the exporter's agent, be filed with the United States Fish and Wildlife Service prior to the export of any wildlife at the port of exportation.   50 C.F.R. § 14.63.

5.      In order to protect certain species of fish and wildlife against over-exploitation, the United States is a signatory to an international treaty known as the Convention on International Trade in Endangered Species of Wild Fauna and Flora, T.I.A.S. 8249, ("CITES").   A purpose of CITES is to monitor and restrict trade in certain species of fish, wildlife, and plants to protect them from commercial exploitation that might diminish the ability of the species to survive in the wild.

6.      CITES classifies protected species in its Appendices. Appendix II includes all species "which although not necessarily now threatened with extinction may become so unless trade in specimens of such species is subject to strict regulation in order to avoid utilization incompatible with their survival."   CITES, Art II (2)(a).   To export an Appendix II specimen out of the United States, CITES, as implemented by federal regulations, requires that the exporter obtain a valid export permit or a valid re-export certificate. 50 C.F.R. § 23.20.

7.      The Endangered Species Act ("ESA") makes it unlawful "for any person subject to the jurisdiction of the United States to engage in any trade in any specimens contrary to the provisions of [CITES]."   16 U.S.C. § 1538(c)(l).

8.      To engage in any "trade" means to export, re-export, import, and introduce from

2

the sea.  CITES, Art I (c).  A specimen means "any animal . . . whether alive or dead" and "any readily recognizable part or derivative thereof."  CITES, Art. I (b).

9.      Three-toed box turtles (*Terrapene Carolina triunguis*) are listed in Appendix II of CITES, and accordingly require a valid CITES permit to be lawfully exported from the United States.

10.     **ZEYU YAN** was a resident of Miami-Dade County, Florida.

**COUNT 1**
**CONSPIRACY AGAINST THE UNITED STATES**
**(18 U.S.C. § 371)**

1.      The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.      Beginning in or around December 2020, and continuing through on or about April 30, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ZEYU YAN,**

did willfully, that is, with the intent to further the object of the conspiracy, knowingly combine, conspire, confederate, and agree with others unknown to the Grand Jury, to commit certain offenses against the United States, that is, to knowingly export, transport, sell, receive, acquire, and purchase wildlife, that is, three-toed box turtles (*Terrapene carolina triunguis*), knowing the wildlife was taken, possessed, transported, and sold in violation of a law, treaty, and regulation of the United States, that is, Title 16, United States Code, Section 1538(c)(1) and the regulations promulgated thereunder, and Title 50, Code of Federal Regulations, Sections 14.52 and 14.63, in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(A).

**PURPOSE OF THE CONSPIRACY**

3.      The purpose of the conspiracy was for **ZEYU YAN** and others to unlawfully enrich

3

themselves by illegally exporting wildlife from the United States to China for their own financial gain.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which **ZEYU YAN** sought to accomplish the object and purpose of the conspiracy included, among others, the following:

4.      An unknown conspirator caused parcels containing live turtles to be shipped and delivered to **ZEYU YAN**'s residence in Miami, Florida.

5.      The unknown conspirator provided **ZEYU YAN** with instructions on where to ship the parcels containing the turtles, what type of items to include within the parcels along with the turtles, and how to declare the contents of the parcels.

6.      Upon the receipt of each parcel containing turtles, **ZEYU YAN** repackaged the parcel to add items, such as T-shirts, toys, and decorative banners, and delivered the parcels to the United States Post Office for mailing to Hong Kong, China.

7.      **ZEYU YAN** filled out the mailing labels and declaration forms on each parcel, declaring the contents of the packages as toys, T-shirts, and banners.

8.      Prior to the exportation of the parcels, **ZEYU YAN** failed to properly declare the wildlife to the United States Fish and Wildlife Service, failed to make the wildlife available for inspection, and failed to obtain the necessary CITES permit.

9.      The unknown conspirator paid **ZEYU YAN** for each parcel containing turtles that successfully arrived to Hong Kong, China.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the conspirators, committed and caused to

be committed in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1.      In or around December 2020, **ZEYU YAN** delivered a parcel containing turtles to the United States Post Office in Miami, Florida to be shipped to Hong Kong, China ("Shipment #1").

2.      Prior to the exportation of Shipment #1, **ZEYU YAN** failed to declare the wildlife to the United States Fish and Wildlife Service and failed to make the wildlife available for inspection.

3.      In or around March 2021, **ZEYU YAN** delivered a parcel containing turtles to the United States Post Office in Miami, Florida to be shipped to Hong Kong, China ("Shipment #2").

4.      Prior to the exportation of Shipment #2, **ZEYU YAN** failed to declare the wildlife to the United States Fish and Wildlife Service and failed to make the wildlife available for inspection.

5.      On or about April 30, 2021, **ZEYU YAN** delivered a parcel containing four three-toed box turtles (*Terrapene carolina triunguis*) to the United States Post Office in Miami, Florida to be shipped to Hong Kong, China ("Shipment #3").

6.      Prior to the exportation of Shipment #3, **ZEYU YAN** failed to declare the wildlife to the United States Fish and Wildlife Service, failed to make the wildlife available for inspection, and failed to obtain the necessary CITES permit.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### ILLEGAL EXPORT OF WILDLIFE
#### (16 U.S.C. §§ 3372(a)(1), 3372(a)(4), 3373(d)(1)(A))

1.      The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.      On or about April 30, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ZEYU YAN,**

did knowingly attempt to export, transport, sell, receive, acquire, and purchase wildlife, that is, three-toed box turtles (*Terrapene carolina triunguis*), knowing the wildlife was taken, possessed, transported, and sold in violation of a law, treaty, and regulation of the United States, that is, in violation of the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), in that the defendant caused the attempted exportation of said wildlife without declaring and obtaining the required export permit, in violation of Title 16, United States Code, Section 1538(c)(1) and the regulations promulgated thereunder; in violation of Title 16, United States Code, Sections 3372(a)(1), 3372(a)(4), and 3373(d)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 3
### FALSE LABELING
#### (16 U.S.C. §§ 3372(d)(1), 3373(d)(3)(A)(i))

1.      The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.      On or about April 30, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

6

**ZEYU YAN,**

did knowingly make and submit a false record, account, label for, and a false identification of wildlife, that is, three-toed box turtles (*Terrapene carolina triunguis*), in that the defendant filled out and submitted a false Customs Declaration and Dispatch Note that failed to identify such three-toed box turtles within the contents of the parcel, said wildlife having been and intended to be exported, transported, sold, and purchased; in violation of Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(A)(i) and Title 18, United States Code, Section 2.

## FORFEITURE

1.      The allegations of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of certain property in which the defendant, **ZEYU YAN,** has an interest.

2.      Upon conviction of, or conspiracy to commit, a violation of Title 16, United States Code, Sections 3372 and/or 3373, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 16, United States Code, Section 3374, the following:

a.      All fish or wildlife or plants imported, exported, transported, sold, received, acquired or purchased contrary to Title 16, United States Code, Section 3372, or any regulation issued pursuant thereto; and

b.      All vessels, vehicles, aircraft, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of fish or wildlife or plants contrary to the provisions of Title 16, United States Code, Section 3372, or any regulation issued pursuant thereto.

All pursuant to Title 16, United States Code, Section 3374, and the procedures set forth in

Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section

2461(c).

A TRUE BILL.

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MARTY FULGUEIRA ELFENBEIN
ASSISTANT UNITED STATES ATTORNEY

8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA            CASE NO._____

v.
ZEYU YAN,                           **CERTIFICATE OF TRIAL ATTORNEY\***
                                    **Superseding Case Information:**

_____ Defendant/

Court Division: (Select One)              New defendant(s)  ☐ Yes  ☐ No
☑ Miami  ☐ Key West  ☐ FTL               Number of new defendants _____
☐ WPB    ☐ FTP                            Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**_____

   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   | | (Check only one) | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ☑ | Petty | | ☐ |
   | II | 6 to 10 days | ☐ | Minor | | ☐ |
   | III | 11 to 20 days | ☐ | Misdemeanor | | ☐ |
   | IV | 21 to 60 days | ☐ | Felony | | ☑ |
   | V | 61 days and over | ☐ | | | |

6. Has this case previously been filed in this District Court? (Yes or No) **No**_____

   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **No**_____

   If yes: Magistrate Case No. _____

   Related miscellaneous numbers: _____

   Defendant(s) in federal custody as of _____

   Defendant(s) in state custody as of _____

   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No**_____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**_____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**_____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**_____

_____

MARTY FULGUEIRA ELFENBEIN
Assistant United States Attorney
FLA Bar No.      0020891

\*Penalty Sheet(s) attached                                    REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  ZEYU YAN**

**Case No:**

Count: 1

Conspiracy Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 2

Illegal Export of Wildlife

Title 16, United States Code, Sections 3372(a)(1), (a)(4) and 3373(d)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 3

False Labeling

Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(A)(i)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**